162 A.3d 841

**DORADO, Ramon Jesus**

v.

**STATE of Maryland**

**Pet. Docket No. 80, Sept. Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 174, Sept. Term, 2016),

Petition for writ of certiorari denied

■

162 A.3d 841

**ESCOBAR–GOMEZ, Marcial**

v.

**STATE of Maryland**

**Pet. Docket No. 625, Sept. Term, 2016**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1397, Sept. Term, 2015).

Petition for writ of certiorari dismissed